

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**FELONY**

**BILL OF INFORMATION FOR WIRE FRAUD**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 23-00060 |
| v. | * | SECTION: SECT. G MAG. 4 |
| MARC QUIROZ | * | VIOLATIONS: 18 U.S.C. § 1343 |
| | | 18 U.S.C. § 2 |
| | * * * | |

The United States Attorney charges that:

## COUNT 1

**A.  AT ALL TIMES MATERIAL HEREIN:**

1. The defendant, **MARC QUIROZ**, and Individual 1 co-owned VetAttend Professional Services, LLC. They resided in or around Mandeville, Louisiana, which is in the Eastern District of Louisiana.

2. VetAttend Professional Services, LLC (VetAttend) provided non-medical/unskilled home care services to veterans and widows of veterans and provided application processing services.

_Fee_____
_Process_____
X Dktd_____
__CtRmDep_____
__Doc.No._____

3. The United States Department of Veterans Affairs (Veterans Affairs) is a department of the federal government charged with providing life-long benefits and services to eligible military veterans and their families.

4. A Veterans Affairs (VA) Pension is a benefit for low-income veterans with ninety or more days of creditable military service. VA Pension provides a monthly subsidy to qualifying veterans to make up the difference between a veteran's verified income and a predetermined annual income limit for assistance.

5. Enhanced or Special Monthly Pension with Aid and Attendance is a monetary benefit, in addition to VA Pension, that helps eligible veterans and their surviving spouses (or just the spouse in the case of the veteran's death) to pay for the assistance they need in everyday functioning (eating, bathing, dressing, and medication management). Veterans or their surviving spouses must be at least 65 or officially disabled if younger (i.e., homebound). Countable income for veterans and their spouses must be less than the pension amount for which they are eligible; VA allows veterans and their spouses to deduct all of their unreimbursed medical-related expenses that are greater than 5% of the Maximum Annual Pension Rate. These medical related expenses include the cost of care in skilled nursing and assisted living either in day centers or in the home.

6. VA Pensions, to include the enhancement described above if applicable, are paid to the veteran beneficiary or their surviving spouse monthly via check or direct deposit. These payments are not to be paid directly to caregivers or service providers in accordance with Title 38 U.S.C. § 5301 (Nonassignability and exempt status of benefits).

7. VA will pay retroactive pension benefits to a veteran or surviving spouse if they can prove their expenses for medical care up to one year.

8. VetAttend provided non-medical/unskilled home care services to veterans and widows of veterans through a VA benefit called "Aid and Attendance," as described above. VetAttend located potential veteran or widow clients, completed the VA applications for these potential clients, gathered the needed identification documentation from them (e.g., DD-214's, marriage licenses, banking documents, etc.), and submitted this application packet to the VA via either fax or mail.

9. Applications received by Veterans Affairs for pensions are typically filled out by the actual veteran and include an affidavit from the veteran to attest to home services the veteran currently is receiving as well as an affidavit from the individual providing the home services.

**B. THE SCHEME AND ARTIFICE TO DEFRAUD:**

It was part of the scheme and artifice to defraud that beginning in or about April 2013 and continuing until at least July 2018, in the Eastern District of Louisiana and elsewhere, the defendant, **MARC QUIROZ**, did knowingly devise and intend to devise a scheme and artifice to defraud the United States Department of Veterans Affairs and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, by submitting false affidavits and applications to Veterans Affairs on behalf of veterans and their spouses claiming that VetAttend had provided home services to the veterans, when in fact, it had not.

**C. MANNER AND MEANS:**

1. It was further part of the scheme and artifice to defraud that as a result of these fictitious affidavits and applications, from approximately August 2014 to approximately July 2018, Veterans Affairs issued funds to over 300 veterans and/or their surviving spouses from whom **MARC QUIROZ** fraudulently appropriated, without the knowledge of the veterans, totaling approximately $4,065,969.18.

D. **THE EXECUTION:**

On or about September 29, 2017, within the Eastern District of Louisiana and elsewhere, the defendant, **MARC QUIROZ,** for the purpose of executing and attempting to execute the fraudulent scheme described above, did transmit and cause to be transmitted, by means of wire communications in interstate and foreign commerce, certain writings, signs, signals, pictures and sounds, to wit: a fax sent from Louisiana to Veterans Affairs in Wisconsin involving a VA Pension application for C.M and E.M.

On or about November 16, 2017, within the Eastern District of Louisiana and elsewhere, the defendant, **MARC QUIROZ**, for the purpose of executing and attempting to execute the fraudulent scheme described above, did transmit and cause to be transmitted, by means of wire communications in interstate and foreign commerce, certain writings, signs, signals, pictures and sounds, to wit: a fax sent from Louisiana to the VA in Wisconsin involving a change of address for C.M.

On or about February 26, 2018, within the Eastern District of Louisiana and elsewhere, the defendant, **MARC QUIROZ**, for the purpose of executing and attempting to execute the fraudulent scheme described above, did transmit and cause to be transmitted, by means of wire communications in interstate and foreign commerce, certain writings, signs, signals, pictures and sounds, to wit: a fax sent from Louisiana to the VA in Wisconsin involving a VA Pension application package for E.M.

All in violation of Title 18, United States Code, Sections 1343 and 2.

## NOTICE OF FORFEITURE

1. The allegations of Count 1 of this Bill of Information are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offenses alleged in Count 1, the defendant, **MARC QUIROZ**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(7), any property, real or personal, involved in said offense, and any property traceable to such property.

3. If any of the above-described property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

DUANE A. EVANS
UNITED STATES ATTORNEY

KATHRYN MCHUGH
Assistant United States Attorney

New Orleans, Louisiana
April 11, 2023

No. _____

# United States District Court
## FOR THE
### EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

vs.

MARC QUIROZ

**BILL OF INFORMATION FOR WIRE FRAUD**

Violation(s):

18 U.S.C. §§ 1343 & 2

Filed _____, 20 23

_____, Clerk.

By _____, Deputy

_____
*Assistant United States Attorney*
KATHRYN M. MCHUGH